UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUDITH WALTON, as Personal
Representative for the ESTATE
OF FRANK SMITH, on behalf of the
Estate and Survivor Judith Walton,

    Plaintiff,

v.                Case No. 3:16-cv-1130-J-39JRK

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____

## ORDER

    This cause is before the Court <u>sua sponte</u>. Given the posture and age of this case, the Court directs the parties to attend a status conference. Accordingly, the Court **sets** this case for status conference for **June 25, 2019, at 2:00 p.m.** before the undersigned in Courtroom 12C, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. For counsel located outside Jacksonville, the teleconferencing number is **1-888-684-8852**.[1] The access code is **3809220**. The security code for the conference is **0625**. Please call in at least 10 minutes before the scheduled hearing. The Court expects local counsel to appear in person.[2]

---

[1] The use of cell phones and speaker phones compromise the quality of the audio connection. The parties are therefore requested not to use those devices during the hearing.

[2] Persons entering the Courthouse must present photo identification. Additionally, although cell phones, laptop computers and similar electronic devices are not permitted in the building, attorneys may bring those items with them upon presentation to Court

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of June, 2019.

_____
BRIAN J. DAVIS
United States District Judge

Jax-6
c:
Counsel of Record

---

Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice. Cell phones must be turned off while in the courtroom.

2