**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| JUDITH WALTON<br>v.<br>FLORIDA DEPARTMENT OF<br>CORRECTIONS, et al. | CASE NO. 3:16-cv-1130-J-39JRK |

Counsel for Plaintiff:
James V. Cook, Esq. (via Telephone)

Counsel for Defendants Reddish, Ellis, Swain, and FDOC:
Michael Price, Esq.

Counsel for Defendant Chriswell:
David Chauncey, Esq.
Mark Alexander, Esq.

Counsel for Defendants Allen, Griffis, Norman, Schaffer, Hough, and Browning:
Sean Conahan, Esq. (via Telephone)

**HONORABLE BRIAN J. DAVIS, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Chloe Swinton      Court Reporter: Cindy Packevicz Jarriel

**CLERK'S MINUTES**

**PROCEEDINGS OF HEARING: STATUS CONFERENCE**

The Court heard argument from the parties regarding the status and progression of the case.

Order to Enter.

DATE: June 25, 2019      TIME: 2:12 p.m.-2:38 p.m.      TOTAL: 26 minutes