UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUDITH WALTON, as Executor de
son tort for the Estate of Frank
Smith, on behalf of the Estate
of the Survivors,

       Plaintiff,

v.                              Case No. 3:16-cv-1130-J-39JRK

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.
_____

**ORDER**

Plaintiff's Unopposed Motion to Extend Time to Respond to Motions for Summary Judgment for Defendants Allen and Norman (Doc. 123) is **GRANTED**, and Plaintiff's Response (Doc. 124) is **ACCEPTED as timely filed**.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of January, 2020.

JAMES R. KLINDT
United States Magistrate Judge

caw 1/28
c:
Counsel of Record